UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Mississippi**

Hattiesburg Division

| | |
|---|---|
| United States of America, Plaintiff, | FCC Beaumont-Medium _____ Place of Confinement |
| v. | 17915-043 _____ Prisoner I.D. Number |
| Dale Young Defendant. | 2:14CR5 KS-MTP-4 _____ Criminal Case Number |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 08 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

**Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)**

Instructions -- Read Carefully

1. This form Motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This Motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the Motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the **Southern** District of **Mississippi** at the appropriate divisional office.

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are seeking to reduce:

   U.S. Courthouse, 701 N. Main St., Hattiesburg, MS 39401

2. Date(s) of sentence and judgement of conviction:

   Date sentenced: 7-23-14     Judgement: 41 months

3. Are you currently in prison for this sentence?

   _X_ Yes ___ No

4. If so, When is your projected date of release?

   Projected release date: 7-31-17

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

   Not enrolled, awaiting enrollment

6. Are you currently on supervised release? ___ Yes _X_ No

7. Are you currently in prison because you violated your supervised release?

   ___ Yes _X_ No

8. Is your case currently on appeal?

   ___ Yes _X_ No

9. Offense(s) for which you were convicted (all counts):

   21:841(A)(1) Possession with Intent to Distribute Cocaine

   Hydrochloride

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    _X_ Yes  ___ No  ___ Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    ___ Yes  ___ No  _X_ Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

    ___ Yes  _X_ No  ___ Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    Since my incarceration I have completed the following

    courses: 5 Secrets to Finding a Job, Ticket to the Future,

    Employment Skills, Interviewing Techniques, and Job Success.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this ___1___ day of ___June___, 2015.

_____
Signature of Defendant

Dale Young
Printed Name

17915-043
BOP No.

FCC Beaumont-Medium
Federal Correction Inst.

P.O. Box 26040
Address

Beaumont, TX 77720
City, State & ZIP